ACCEPTED
14-15-00046-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
5/26/2015 2:47:34 PM
CHRISTOPHER PRINE
CLERK

No. 14-15-00046-CR

IN THE COURT OF APPEALS
FOR THE FOURTEENTH DISTRICT OF TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
5/26/2015 2:47:34 PM
CHRISTOPHER A. PRINE
Clerk

ALFRED DEAN JOHNSON
*Appellant*

v.

THE STATE OF TEXAS
*Appellee*

On Appeal from Cause Number 1409436
From the 182nd District Court of Harris County, Texas

## APPELLANT'S MOTION FOR EXTENSION OF TIME IN WHICH TO FILE AN APPELLATE BRIEF

To the Honorable Court of Appeals of Texas:

Comes now Appellant, in accordance with Rules 10.5(b)(1) and 38.6(d) of the Texas Rules of Appellate Procedure, and files this motion for extension of time in which to file the Appellant's brief in this cause, and, in support thereof, presents the following:

1. In the 182nd District Court of Harris County, Texas, following a presentence investigation hearing, Appellant was sentenced on January 5, 2015 in Cause No. 1409436, **The State of Texas v. Alfred Dean Johnson.**

2. For the offense of Aggravated Robbery with a deadly weapon, Appellant was sentenced to thirty years in the Texas Department of Corrections.

3. A written notice of appeal was timely filed on January 5, 2015.

4. The Appellant's brief was due May 26, 2015.

5. An extension of time in which to file the Appellant's brief is requested until June 26, 2015.

6. Two previous extensions have been granted to the Appellant.

7. The facts relied upon to explain the need for this extension are:

    a. Appellate counsel received a copy of the supplement to the appellate record on April 15, 2015.

    b. Due to other deadlines and trial settings that were already set during May, appellate counsel needs additional time to complete the brief.

Consequently, additional time will be necessary in which to file Appellant's brief in this case. The Appellant's motion is not for purposes of delay, but so that justice may be done.

WHEREFORE, the Appellant prays that this Court will grant an additional extension of time until June 26, 2015 in which to file Appellant's brief in this cause.

Respectfully submitted,

**LAW OFFICE OF TONYA ROLLAND**


/s/ Tonya Rolland McLaughlin
**Tonya Rolland McLaughlin**
4301 Yoakum Boulevard
Houston Texas 77006
Phone: (713) 529-8500
Fax: (713) 453-2203
TBN 24054176

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument has been emailed to the following:

curry_alan@dao.hctx.net
Alan Curry
Chief Prosecutor, Appellate Division
Harris County District Attorney's Office
1201 Franklin Suite 600
Houston, Texas 77002-1923


/s/ Tonya Rolland McLaughlin
**Tonya Rolland McLaughlin**
**Attorney for Appellant**

DATE: MAY 26, 2015

3